AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

SPECTRUM VIDEO PRODUCTIONS, INC.

*Plaintiff(s)*

v.

CHARTER COMMUNICATIONS, INC.; CHARTER COMMUNICATIONS HOLDING COMPANY, LLC; and BRIGHT HOUSE NETWORKS, LLC

*Defendant(s)*

Civil Action No. 8:17cv1909T23TBM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BRIGHT HOUSE NETWORKS, LLC
C/O CORPORATION SERVICE COMPANY, REGISTERED AGENT
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

RECEIVED 2017 AUG 11 PM 2:34 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA, FLORIDA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carol Jean LoCicero
James B. Lake
Allison Lovelady
THOMAS & LoCICERO PL
601 South Boulevard
Tampa, FL 33606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: AUG 1 1 2017

*Signature of Clerk or Deputy Clerk*