**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SPECTRUM VIDEO PRODUCTIONS, INC.,

    Plaintiff,

v.                                                        Case No. 8:17-CV-1909-23-TBM

CHARTER COMMUNICATIONS, INC., et al.,

    Defendants.

_____/

## NOTICE OF SETTLEMENT

    Pursuant to Local Rule 3.08, Plaintiff, Spectrum Video Productions, Inc., notifies the Court that the parties have reached agreement on the basic terms of a settlement in this matter. The parties are preparing a formal agreement setting forth the details of their settlement and expect to file a stipulation for dismissal with prejudice of all claims and counterclaims within 30 days of the date of this notice.

                                                          Respectfully submitted,

                                                          THOMAS & LOCICERO PL

                                                          */s/ James B. Lake*
                                                          Carol Jean LoCicero
                                                            Florida Bar No. 603030
                                                          clocicero@tlolawfirm.com
                                                          James B. Lake
                                                           Florida Bar No. 23477
                                                          jlake@tlolawfirm.com
                                                          Allison Kirkwood Simpson
                                                          Florida Bar No. 86036
                                                          asimpson@tlolawfirm.com
                                                          601 South Boulevard
                                                          Tampa, FL 33606
                                                          Telephone: (813) 984-3062
                                                          Facsimile:  (813) 984-3070

                                                          Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing will be served by electronic service through the Clerk of the Court's CM/ECF filing system. I further certify that the foregoing document will be mailed by first class mail, postage prepaid, to any parties that do not participate in the CM/ECF filing system.

Dated:  December 7, 2017.

                                                  */s/ James B. Lake*
                                                  Attorney